# US 8,671,195 B2 vs Dexcom G5 Mobile® CGM System

| Key Features of US 8,671,195 B2 | Product (Dexcom G5 Mobile® CGM System) |
|---|---|
| **Claim 17. A digital media communication protocol, comprising:** | **Dexcom Share™ is a feature within the Dexcom G5 Mobile CGM App. It allows for remote monitoring from one person, the Sharer, of Dexcom G5 Mobile CGM System data to another person, their Follower.** <br><br> **Source**: https://s3-us-west-2.amazonaws.com/dexcompdf/Share-Follow-User-Manual-OUS-English.pdf <br><br> *Product discloses about digital media (i.e. data) which follows the communication protocol (i.e. Dexcom G5 Mobile CGM system).* |
| **17.1 at least one media terminal and at least one media node disposed in an accessible relation with at least one interactive computer network,** | **Dexcom Share™ is a feature within the Dexcom G5 Mobile CGM App. It allows for remote monitoring from one person, the Sharer, of Dexcom G5 Mobile CGM System data to another person, their Follower.** <br><br> Dexcom Share includes: <br><br> **• Dexcom G5 Mobile CGM System** <br><br> **• Sharer's smart device** <br><br> **• Dexcom G5 Mobile App** <br><br> **• Internet connection** <br><br> **• Follower's smart device** <br><br> **• Dexcom Follow™ App** <br><br> **Source**: https://s3-us-west-2.amazonaws.com/dexcompdf/Share-Follow-User-Manual-OUS-English.pdf <br><br> *Product discloses about digital media communication protocol(i.e. Dexcom G5 Mobile® CGM System).This product discuss about media terminal (i.e. Sharer's smart device ) and media node (i.e. Follower's smart device) and it discuss these smart devices requires one interactive computer network (i.e. Internet connection).* |

| Key Features of US 8,671,195 B2 | Product (Dexcom G5 Mobile® CGM System) |
|---|---|
| **17.2 at least one digital media file initially disposed on at least one of said media terminal or said media node,** | **Once the Sharer activates the Share feature in the Dexcom G5 Mobile App, the smart device transfers sensor glucose readings to the Dexcom Share Cloud using either Wi-Fi or a cellular data plan.** Then, the sensor glucose readings are sent from the Dexcom Share Cloud to the Follower's smart device using Wi-Fi or the Follower's cellular data plan<br><br>**A secure online storage server where Dexcom Share® feature information is stored and then shared with Followers.**<br><br>**Source**: https://s3-us-west-2.amazonaws.com/dexcompdf/Share-Follow-User-Manual-OUS-English.pdf<br><br>*Product discloses about when the sharer activates the feature of the Share feature, the media file (i.e. glucose readings) share to the Cloud, where this information is stored among others.* |
| **17.3 said at least one media terminal structured to detect said at least one media node,** | **The Sharer must be within 6 meters of their smart device in order to send data to their Follower or it will not work.**<br><br>[Diagram: Media terminal → Sharer's Smart Device — Internet — Follower's Smart Device ← Media node]<br><br>**Source**: https://s3-us-west-2.amazonaws.com/dexcompdf/Share-Follow-User-Manual-OUS-English.pdf<br><br>*Product discloses about media terminal (i.e. Sharer's smart device) and media node (i.e. Follower's smart device) here the evidence discloses that if media terminal (i.e. Sharer's smart device) and media node (i.e. Follower's smart device) are not in 6 meter range they would not be able to share their data, means media terminal detects the media node within 6 meters range.* |

| Key Features of US 8,671,195 B2 | Product (Dexcom G5 Mobile® CGM System) |
|---|---|
| **17.4** a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said interactive computer network, | **Conditions Affecting Use**<br><br>**Once sharing is active, make sure the Sharer and Follower have access to the Internet and their smart device** settings are not altered. **Make sure the Sharer's and Follower's smart devices have:**<br><br>• Enough battery power to maintain sharing<br><br>• **Internet connection**<br><br>• Notifications turned on If turned off, Follower will not receive any notifications.<br><br>If turned off, Follower will not receive any notifications.<br><br>**The Sharer must be within 6 meters of their smart device in order to send data to their Follower or it will not work.**<br><br>**Source**: https://s3-us-west-2.amazonaws.com/dexcompdf/Share-Follow-User-Manual-OUS-English.pdf<br><br>*Product discloses a wireless communication link (i.e. Internet connection) which is structured to dispose media terminal (i.e. Sharer's smart device) and media node (i.e. Follower's smart device) in a communicative relation with one another via computer network (i.e. Internet connection).* |
| **17.5** said communication link being initiated by said at least one media terminal, | **Dexcom Share Description**<br><br>**What Dexcom G5 Mobile CGM with Share does:**<br><br>**Connects your smart device with your Follower's smart device via either a Wi-Fi or mobile data connection (connect to Wi-Fi through a secured network to maintain data security).**<br><br>• **Invites and sends Followers your setting recommendations.**<br><br>• Displays the status of your smart device, and the Dexcom Share Cloud.<br><br>• Confirms your sensor glucose readings are being shared with your Follower(s).<br><br>**Tap INVITE FOLLOWERS to set up your Followers.** |

| Key Features of US 8,671,195 B2 | Product (Dexcom G5 Mobile® CGM System) |
|---|---|
| | **Source**: https://s3-us-west-2.amazonaws.com/dexcompdf/Share-Follow-User-Manual-OUS-English.pdf  *Product discloses about Communication link (i.e. Wi-Fi or mobile data connection), further the evidence discloses about media terminal (i.e. Sharer's smart device) want to connect with media node (i.e. Follower's smart device) then media terminal (i.e. Sharer's smart device) send invite (i.e. communication initialization) which is initiated by the media terminal (i.e. Sharer's smart device).* |
| **17.6** said at least one media node and said at least one media terminal structured to transmit said at least one digital media file therebetween via said communication link, wherein | **Once the Sharer activates the Share feature in the Dexcom G5 Mobile App, the smart device transfers sensor glucose readings to the Dexcom Share Cloud using either Wi-Fi or a cellular data plan. Then, the sensor glucose readings are sent from the Dexcom Share Cloud to the Follower's smart device using Wi-Fi or the Follower's cellular data plan.**  **Source**: https://s3-us-west-2.amazonaws.com/dexcompdf/Share-Follow-User-Manual-OUS-English.pdf  *Product discloses about media terminal (i.e. Sharer's smart device) want to connect with media node (i.e. Follower's smart device). It discloses that media terminal (i.e. Sharer's smart device) transfer glucose readings (i.e. media file) to the media node (i.e. Follower's smart device),via Dexcom Share Cloud using communication link (i.e. Wi-Fi or a cellular data).* |

| Key Features of US 8,671,195 B2 | Product (Dexcom G5 Mobile® CGM System) |
|---|---|
| **17.7 said communication link is structured to bypass at least one media terminal security measure.** | About Dexcom Clarity Dexcom Clarity is a software program that allows the transfer of glucose data from a Dexcom CGM system to Dexcom remote servers for data management to assist in the use of the Dexcom CGM system and to assist in healthcare services. **Dexcom Clarity can transfer and manage data from the Dexcom G5 Mobile CGM System,** Dexcom G6 CGM System (Dexcom G6), and Dexcom G7 CGM System (Dexcom G7) (where available), all of which are referred to as Dexcom CGM systems.<br><br>**Source**:https://productstore.clarity.dexcom.com/Documentation/en/Dexcom_Clarity_User_Guide_Home_User.pdf<br><br>**Accept an Invitation to Share Data**<br><br>A healthcare professional uses their Dexcom Clarity account to invite you to share data with their clinic. They will provide the invitation in print or by email. **The invitation includes a sharing code that you enter on your Dexcom Clarity Settings page to accept the invitation before the expiration date shown. Once you have completed the acceptance, your account and the clinic's account will automatically share data between them.** You can accept the invitation from an internet browser or from a smart device with the Dexcom Clarity app.<br><br>**Source**:https://productstore.clarity.dexcom.com/Documentation/en/Dexcom_Clarity_User_Guide_Home_User.pdf<br><br>*Product discloses about media terminal security measure (i.e. sharing code), when an invitation is sent then a sharing code is discloses to accept the invitation. As the evidence discuss that security measure (i.e. sharing code) takes place in Dexcom Clarity and it supports to the G5 Mobile CGM System.* |