# US 8,671,195 B2 vs Dexcom G7 Continuous Glucose Monitoring (CGM) System

| Key Features of US 8,671,195 B2 | Product (Dexcom G7 Continuous Glucose Monitoring (CGM) System) |
|---|---|
| **Claim 17. A digital media communication protocol, comprising:** | **This G7 User Guide introduces you to the display device screens, leads you through making treatment decisions, and shows you how to move to your next sensor session.** Each sensor session lasts up to 10 days with a 12-hour grace period at the end. In addition, this guide shows you where to customize your alert sounds, how to get your glucose information to your support team, how to make a second alert profile in your app, and much more. Images are representational. **Your display device screens and components may look different. The app runs on both Android and Apple smart devices. For supported smart devices and operating systems**, go to dexcom.com/compatibility.<br><br>**New since G6**<br><br>**New features include:**<br><br>All new components and app<br><br>New alert sounds and sound options<br><br>**Glucose summary reports on your display device**<br><br>**Source:** [LINK 1]<br><br>*Product discloses about digital media communication protocol (i.e. Dexcom G7 Continuous Glucose Monitoring (CGM) System) which runs on media (i.e. android and apple).* |
| **17.1 at least one media terminal and at least one media node disposed in an accessible relation with at least one interactive computer network,** | **Share and Follow safety statements**<br><br>**Important user information**<br><br>**Dexcom Share (Share) lets you send your sensor information from your app to your Followers' smart devices (Dexcom Follow app).** Read the important user information and warnings below to find out how you can safely use this app feature.<br><br>**Secure internet:** |

*Claim Chart– US 8,671,195 B2 vs Dexcom G7 Continuous Glucose Monitoring (CGM) System*

| Key Features of US 8,671,195 B2 | Product (Dexcom G7 Continuous Glucose Monitoring (CGM) System) |
|---|---|
| | **Only use a cellular internet connection, a trusted Wi-Fi network (like your home or office), or use a secure internet connection such as a VPN service when using your G7 system.**<br><br>**Source:** [LINK 1]<br><br>*The evidence discloses Media Terminal (Dexcom Share app) which lets you share your information with other user device who follows you by using Media Node (Dexcom Follow app). The connection is established via interactive computer network (like internet connection, a trusted Wi-Fi network or a secure internet VPN connection).* |
| **17.2 at least one digital media file initially disposed on at least one of said media terminal or said media node,** | A sensor inserted under the skin checks glucose levels in interstitial fluid <u>and sends sensor readings to a display device.</u><br><br>**A device with a screen used for monitoring your glucose information and alerts, for example, a smartphone app or the Dexcom receiver.**<br><br>**Share and Follow safety statements**<br><br>**Important user information**<br><br>**Dexcom Share (Share) lets you send your sensor information from your app to your Followers' smart devices (Dexcom Follow app).** Read the important user information and warnings below to find out how you can safely use this app feature.<br><br>**Source:** [LINK 1]<br><br>*The evidence discloses a Dexcom sensor which is inserted into user body and sensor collects that digital media file (sensor readings) and share with the at least one of media terminal (Dexcom receiver app). The sensor readings includes the glucose level of the user.* |
| **17.3 said at least one media terminal structured to detect said at least one media node,** | **Share and Follow Use the app's Share feature to let friends and family members view your glucose information. Share sends your information every 5 minutes — almost as soon as you get it.** Always treat using the primary G7 app, not the Follow app.<br><br>**Invite Followers** |

*Claim Chart – US 8,671,195 B2 vs Dexcom G7 Continuous Glucose Monitoring (CGM) System*

| Key Features of US 8,671,195 B2 | Product (Dexcom G7 Continuous Glucose Monitoring (CGM) System) |
|---|---|
| | **Choose friends, family, or another trusted caregiver to follow you. You can give them access to just your sensor reading and trend arrow, or include the trend graph.** You can even set up glucose notifications for them to get when your glucose goes high or low, **similar to the alerts you get on your G7 app.** You're in control. You can edit, stop sharing with, or remove a Follower any time.<br><br>Your Followers don't need to have the G7 app on their smart devices. They only need to download the Dexcom Follow app (Follow).<br><br>**Dexcom Follow app**<br><br>**The Follower gets the invitation email with instructions. Using their phone or iPad, the Follower must open the email and use the link in it to install the Dexcom Follow app** (if it's not already installed) and accept the Sharer's invitation.<br><br>**Source:** [LINK 1]<br><br>*The evidence discloses Media terminal (Dexcom Share app) and Media node (Dexcom Follow app) features where user can share their sensor information. The user who is sharing the data should have Share app on their media terminal and the user who is getting the information should have Follow app in their media node so that they have proper flow of information.* |
| **17.4 a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said interactive computer network,** | **Share and Follow Use the app's Share feature to let friends and family members view your glucose information. Share sends your information every 5 minutes — almost as soon as you get it.** Always treat using the primary G7 app, not the Follow app.<br><br>**Invite Followers**<br><br>**Choose friends, family, or another trusted caregiver to follow you. You can give them access to just your sensor reading and trend arrow, or include the trend graph.** You can even set up glucose notifications for them to get when your glucose goes high or low, **similar to the alerts you get on your G7 app.** You're in control. You can edit, stop sharing with, or remove a Follower any time.<br><br>Your Followers don't need to have the G7 app on their smart devices. They only need to download the Dexcom Follow app (Follow). |

| Key Features of US 8,671,195 B2 | Product (Dexcom G7 Continuous Glucose Monitoring (CGM) System) |
|---|---|
| | **Dexcom Follow app** <br><br> **The Follower gets the invitation email with instructions. Using their phone or iPad, the Follower must open the email and use the link in it to install the Dexcom Follow app** (if it's not already installed) and accept the Sharer's invitation. <br><br> **Secure internet:** <br><br> **Only use a cellular internet connection, a trusted Wi-Fi network (like your home or office), or use a secure internet connection such as a VPN service when using your G7 system.** <br><br> **Source:** [LINK 1] <br><br> *The evidence discloses Media terminal (Dexcom Share app) and Media node (Dexcom Follow app) where user can share their sensor information to other users. The user who is sharing the data should have Share app in their Media terminal and the user who is getting the information should have Follow app in their Media node so that they have interactive flow of information. The communication link used to share information is internet, trusted Wi-Fi, or any secured internet VPN connection.* |
| **17.5 said communication link being initiated by said at least one media terminal,** | **Share and Follow Use the app's Share feature to let friends and family members view your glucose information. Share sends your information every 5 minutes** — almost as soon as you get it. Always treat using the primary G7 app, not the Follow app. <br><br> **Dexcom Follow app** <br><br> **The Follower gets the invitation email with instructions. Using their phone or iPad, the Follower must open the email and use the link in it to install the Dexcom Follow app** (if it's not already installed) and **accept the Sharer's invitation.** <br><br> **Source:** [LINK 1] <br><br> *The evidence discloses Media terminal (Dexcom Share app) which initiates an invitation to the follower to see their glucose information. The invitation includes the a link and instructions to download the Follow app which will help in establishing a good communication flow with the Media terminal (Dexcom Share app) and Media node (Dexcom Follow app).* |

Claim Chart– US 8,671,195 B2 vs Dexcom G7 Continuous Glucose Monitoring (CGM) System

| Key Features of US 8,671,195 B2 | Product (Dexcom G7 Continuous Glucose Monitoring (CGM) System) |
|---|---|
| **17.6 said at least one media node and said at least one media terminal structured to transmit said at least one digital media file therebetween via said communication link, wherein** | **Share and Follow Use the app's Share feature to let friends and family members view your glucose information. Share sends your information every 5 minutes — almost as soon as you get it.** Always treat using the primary G7 app, not the Follow app. <br><br> **Invite Followers** <br><br> **Choose friends, family, or another trusted caregiver to follow you. You can give them access to just your sensor reading and trend arrow, or include the trend graph.** You can even set up glucose notifications for them to get when your glucose goes high or low, similar to the alerts you get on your G7 app. You're in control. You can edit, stop sharing with, or remove a Follower any time. <br><br> **Your Followers don't need to have the G7 app on their smart devices. They only need to download the Dexcom Follow app (Follow).** <br><br> **Dexcom Follow app** <br><br> **The Follower gets the invitation email with instructions. Using their phone or iPad, the Follower must open the email and use the link in it to install the Dexcom Follow app** (if it's not already installed) and **accept the Sharer's invitation.** <br><br> **Secure internet:** <br><br> **Only use a cellular internet connection, a trusted Wi-Fi network (like your home or office), or use a secure internet connection such as a VPN service when using your G7 system.** <br><br> **Source:** [LINK 1] <br><br> *The evidence discloses Media Terminal (Dexcom Share app) and Media node (Dexcom Follow app) which lets the sharer to share their digital media file (glucose information) to their friend and family via the Share app. The friends and family should have Media node (Dexcom Follow app) to receive the digital media file (sharer information) so that they get regularly updated. The communication link used to share information is internet, trusted Wi-Fi, or any secured internet VPN connection.* |

Claim Chart– US 8,671,195 B2 Vs Dexcom G7 Continuous Glucose Monitoring (CGM) System

| Key Features of US 8,671,195 B2 | Product (Dexcom G7 Continuous Glucose Monitoring (CGM) System) |
|---|---|
| **17.7** said communication link is structured to bypass at least one media terminal security measure. | **About Dexcom Clarity Dexcom Clarity is a software program that allows the transfer of glucose data from a Dexcom CGM system to Dexcom remote servers for data management to assist in the use of the Dexcom CGM system and to assist in healthcare services.** Dexcom Clarity can transfer and manage data from the Dexcom G5 Mobile CGM System, Dexcom G6 CGM System (Dexcom G6), and **Dexcom G7 CGM System (Dexcom G7) (where available), all of which are referred to as Dexcom CGM systems.**<br><br>**Source**:https://productstore.clarity.dexcom.com/Documentation/en/Dexcom_Clarity_User_Guide_Home_User.pdf<br><br>Accept an Invitation to Share Data<br><br>**A healthcare professional uses their Dexcom Clarity account to invite you to share data with their clinic. They will provide the invitation in print or by email. The invitation includes a sharing code that you enter on your Dexcom Clarity Settings page to accept the invitation before the expiration date shown.** Once you have completed the acceptance, your account and the clinic's account will automatically share data between them. You can accept the invitation from an internet browser or from a smart device with the Dexcom Clarity app.<br><br>**Source**:https://productstore.clarity.dexcom.com/Documentation/en/Dexcom_Clarity_User_Guide_Home_User.pdf<br><br>*The evidence discloses Dexcom clarity which is a software program that lets users to share their data with the professional health care via their Media terminal (Dexcom G7 CGM system). The professional clinic sends an invite to the user media terminal (Dexcom G7) to get their sensor information with a unique security code. The user from their media terminal (Dexcom G7) enters that unique code and gives access to the professional clinic about their sensor data. The Dexcom clarity software program uses a high speed internet connection for the communication link between user media terminal (Dexcom G7) and professional clinic.* |