IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | |
| **Plaintiff,** | C.A. No. 2:23-cv-00589-JRG-RSP |
| v. | JURY TRIAL DEMANDED |
| **DEXCOM, INC.,** | |
| **Defendant.** | |

## DECLARATION OF DOLORES SEXTON

I, Dolores Sexton, declare as follows:

1. I am over the age of 18 and competent to make the following declarations. Unless otherwise indicated, the statements in this declaration are based upon either my personal knowledge or corporate records maintained by Dexcom, Inc. ("Dexcom") in the ordinary course of business that I reviewed. If called as a witness, I could and would testify regarding the facts in this declaration.

2. I am the Senior Manager of HR Systems for Dexcom. I have been employed by Dexcom since June 2013. I am familiar with Dexcom's corporate structure. Based on my review of Dexcom's business records and my personal knowledge, I am knowledgeable about the matters discussed in this declaration and can testify competently to them.

3. I understand that Display Technologies, Inc. ("Plaintiff") filed a patent infringement lawsuit against Dexcom in the United States District Court for the Eastern District of Texas, Case No. 2:23-cv-00589-JRG-RSP.

1

4.  I further understand that Plaintiff alleges that Dexcom's G5, G6, and G7 Continuous Glucose Monitoring (CGM) Systems (the "Accused Products") infringe Plaintiff's U.S. Patent No. 8,671,195.

5.  Dexcom is a Delaware Company and has its principal place of business at 6340 Sequence Drive, San Diego, California 92121.

6.  Dexcom does not have any physical places of business in the Eastern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Diego, California, on this 16th day of February, 2024.

*Dolores C Sexton*

_____
Dolores Sexton