**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | |
| Plaintiff, | C.A. No. 2:23-cv-00589-JRG-RSP |
| v. | JURY TRIAL DEMANDED |
| **DEXCOM, INC.,** | |
| Defendant. | |

**DEFENDANT DEXCOM, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

As required by Rule 7.1 of the Federal Rules of Civil Procedure, Defendant DexCom, Inc. ("DexCom") states that DexCom is a publicly traded company (NASDAQ: DXCM). DexCom has no parent company and based on its knowledge at the time of filing, Vanguard Group Inc. owns more than 10% of DexCom's stock.

Dated: February 16, 2024          **FISH & RICHARDSON P.C.**

By: */s/ Aaron P. Pirouznia*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Aaron Pirouznia
Texas Bar No. 24098958
pirouznia@fr.com
Nan Lan
Texas Bar No. 24121711
lan@fr.com
Alexander Martin
Texas Bar No. 24091828
martin@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone (214) 747-5070
Facsimile (214) 747-2091

**COUNSEL FOR DEFENDANT DEXCOM, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 16, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Aaron P. Pirouznia*
Aaron P. Pirouznia