**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | |
| **Plaintiff,** | **C.A. No. 2:23-cv-00589-JRG-RSP** |
| **v.** | **JURY TRIAL DEMANDED** |
| **DEXCOM, INC.,** | |
| **Defendant.** | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney is admitted to this Court and hereby enters her appearance of counsel on behalf of Defendant Dexcom, Inc. in this matter. Counsel consents to electronic service of all papers in this matter.

Dated: February 16, 2024

**FISH & RICHARDSON P.C.**

By: */s/ Nan Lan*

Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Aaron Pirouznia
Texas Bar No. 24098958
pirouznia@fr.com
Nan Lan
Texas Bar No. 24121711
lan@fr.com
Alexander Martin
Texas Bar No. 24091828
martin@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone (214) 747-5070
Facsimile (214) 747-2091

**COUNSEL FOR DEFENDANT DEXCOM, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 16, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Nan Lan*
Nan Lan