**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | |
| **Plaintiff,** | C.A. No. 2:23-cv-00589-JRG-RSP |
| v. | **JURY TRIAL DEMANDED** |
| **DEXCOM, INC.,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance of counsel on behalf of Defendant Dexcom, Inc. in this matter. Counsel consents to electronic service of all papers in this matter.

1

Dated: February 16, 2024              **FISH & RICHARDSON P.C.**

                                                        By: */s/ Alexander Martin*
                                                               Neil J. McNabnay
                                                                Texas Bar No. 24002583
                                                                mcnabnay@fr.com
                                                                Aaron Pirouznia
                                                                Texas Bar No. 24098958
                                                                pirouznia@fr.com
                                                                Nan Lan
                                                                Texas Bar No. 24121711
                                                                lan@fr.com
                                                                Alexander Martin
                                                                Texas Bar No. 24091828
                                                                martin@fr.com
                                                                1717 Main Street, Suite 5000
                                                                Dallas, Texas 75201
                                                                Telephone (214) 747-5070
                                                                Facsimile (214) 747-2091

                                                                **COUNSEL FOR DEFENDANT**
                                                                **DEXCOM, INC.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 16, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                                */s/ Alexander Martin*
                                                                Alexander Martin